UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jeff Christoff,                                                                   Case No. 3:23-cv-1132

          Plaintiff,

v.                                                                                          ORDER

Ohio Northern University,

          Defendant.

      On June 13, 2023, I issued a Case Management Plan and Order setting this ERISA case on the administrative track and setting certain deadlines. (Doc. No. 5). Defendant's counsel has now notified my chambers that it does not believe this is an administrative track case. With this, I vacate all deadlines set in my previous Order.

      On or before August 25, 2023, Defendant shall file a proposed Case Management Plan. Plaintiff shall then file a response to Defendant's proposed Plan on or before September 29, 2023. In this response, Plaintiff need not address the merits of his underlying case. Instead, he shall limit the discussion to the logistical manner in which this litigation shall proceed, including deadlines and discovery matters. Should Plaintiff disagree with any deadlines proposed by Defendant, he shall propose an alternate date.

      So Ordered.

                                                                      s/ Jeffrey J. Helmick
                                                                      United States District Judge